**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANJEEV DEEPAK, | No. 11-72642 |
| Petitioner, | Agency No. A078-673-357 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before:     RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Sanjeev Deepak, a native and citizen of India, petitions pro se for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the BIA's denial of a motion to reopen.  *Malty v. Ashcroft,* 381 F.3d 942, 945 (9th Cir. 2004).  We deny the petition for review.

The BIA did not abuse its discretion by denying Deepak's motion to reopen as untimely where the motion was filed more than seven years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and Deepak failed to present sufficient evidence of changed circumstances in India to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Malty*, 381 F.3d at 945 ("The critical question is . . . whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of persecution.")  Deepak's contention that the BIA failed to consider all the evidence he presented with the motion to reopen is not supported by the record.

**PETITION FOR REVIEW DENIED.**